

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00602-CR

JOSE ANGEL DIAZ
v.
THE STATE OF TEXAS

On Appeal from the
206th District Court of Hidalgo County, Texas
Trial Court Cause No. CR-3546-22-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that two of the judgments of the trial court should be affirmed and that one judgment should be vacated. The Court AFFIRMS the judgments of conviction for continuous sexual abuse and indecency with a child by contact and VACATES the judgment of conviction for aggravated sexual assault.

We further order this decision certified below for observance.

August 15, 2024